# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey M. Garber        BK NO. 23-00249 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

       Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
14 Feb 2023, 09:57:15, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:23-bk-00249-HWV    Doc 17    Filed 02/14/23    Entered 02/14/23 15:34:40    Desc
Main Document      Page 1 of 1
Document ID: b2568038a6d20d9280b7175ca5bd993825314f7b4b9db334e854d13cafd8d6e0