IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 23-00249 |
| Jeffrey M. Garber | Chapter 13 |
| | Judge Henry W. Van Eck |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| Jeffrey M. Garber | Date and Time of Hearing |
| Jack N Zaharopoulos | |
| Movant, | |
| vs | Related Document No. 13 |
| Nationstar Mortgage LLC | |
| Respondents. | |

## OBJECTION OF NATIONSTAR MORTGAGE LLC TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 13)

Nationstar Mortgage LLC ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Jeffrey M. Garber ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 616 Moul Ave, Hanover, PA 17331-1545 ("Property").

2. Creditor intends to file a Proof of Claim that includes a pre-petition arrearage

3. Debtor's Plan does not provide for the arrearage due on Creditor's claim.

4. Furthermore, Debtor's plan contemplates sale of the Property by February 6, 2024. Creditor states that until sale of the Property is finalized, Debtor should make payments towards the prepetition arrearage.

5. Debtor's Plan represents an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

23-003159_ABH

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

    Respectfully submitted,

/s/ Adam B. Hall
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-003159_ABH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 23-00249 |
| Jeffrey M. Garber | Chapter 13 |
| | Judge Henry W. Van Eck |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| Jeffrey M. Garber | Date and Time of Hearing |
| Jack N Zaharopoulos | |
| Movant, | |
| | Related Document No. 13 |
| vs | |
| | |
| Nationstar Mortgage LLC | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Objection of Nationstar Mortgage LLC to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Paul Donald Murphy-Ahles, Attorney for Jeffrey M. Garber, pmurphy@dplglaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jeffrey M. Garber, 56 Thomas Drive, Mcsherrystown, PA 17344

/s/ Adam B. Hall

23-003159_ABH