UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:   CASE NO.: 1:23-bk-00249-HWV
         CHAPTER 13

**Jeffrey M. Garber,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of SPECIALIZED LOAN SERVICING, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112

    By: /s/Charles Wohlrab
        Charles Wohlrab, Esq.
        Email: CWohlrab@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on April 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JEFFREY M. GARBER
56 THOMAS DRIVE
MC SHERRYSTOWN, PA 17344

And via electronic mail to:

DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011

JACK N ZAHAROPOULOS
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

                                                       By: /s/ Brianna Carr