# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 23-00249 |
| Jeffrey M. Garber | : | Chapter 13 |
| | : | Judge Henry W. Van Eck |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| Nationstar Mortgage LLC | : | |
| Movant, | : | Date and Time of Hearing |
| | : | Place of Hearing |
| vs | : | May 23, 2023 at 09:30 a.m. |
| | : | |
| Jeffrey M. Garber | : | |
| Jack N Zaharopoulos | : | |
| Respondents. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 616 MOUL AVE, HANOVER, PA 17331-1545 (DOCUMENT NO. 31)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 616 Moul Ave, Hanover, PA 17331-1545 ("Motion") filed on April 27, 2023 at Document No. 31 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 11, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)

23-003159_EJS1

Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

23-003159_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-00249** |
| **Jeffrey M. Garber** : | **Chapter 13** |
| : | **Judge Henry W. Van Eck** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |

| | |
|---|---|
| **Nationstar Mortgage LLC** : | |
| : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **May 23, 2023 at 09:30 a.m.** |
| : | |
| **Jeffrey M. Garber** : | |
| **Jack N Zaharopoulos** : | |
| : | |
| **Respondents.** : | |
| : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion of Nationstar Mortgage LLC for Relief from the Automatic Stay on First Mortgage for Real Property located at 616 Moul Ave, Hanover, PA 17331-1545 (Document No. 31) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Standing Chapter 13 (Trustee), info@pamd13trustee.com

Paul Donald Murphy-Ahles, Attorney for Jeffrey M. Garber, pmurphy@dplglaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jeffrey M. Garber, 56 Thomas Drive, Mc Sherrystown, PA 17344

/s/ Adam B. Hall

23-003159_EJS1