UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jeffrey M. Garber<br>**Debtor 1**<br><br>Nationstar Mortgage, LLC<br>**Movant(s)**<br>v.<br>Jeffrey M. Garber<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:23-BK-00249-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 32 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Jeffrey M. Garber, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7. Admitted.

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. A. Subparagraph A contains a conclusion of law to which no response is required.

   B. Admitted. By way of further response, as indicated in the Original Plan, Debtor(s) intent to list the property on the open market for sale as there is equity in the property to pay Movant(s) in full and provide for distribution to allowed and timely filed proof of claims. Further, relief from the stay and foreclosure of the property will be detrimental to creditors in this case as the proceeds from the sale can be distributed.

10. Paragraph 10 contains a conclusion of law to which no response is required.

11. Paragraph 11 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                                          Respectfully submitted,
                                                          **DETHLEFS PYKOSH & MURPHY**

Date: May 18, 2023                                       /s/ Paul D. Murphy-Ahles

                                                          Paul D. Murphy-Ahles, Esquire
                                                          PA ID No. 201207
                                                          2132 Market Street
                                                          Camp Hill, PA 17011
                                                          (717) 975-9446
                                                          pmurphy@dplglaw.com
                                                          *Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jeffrey M. Garber<br>**Debtor 1**<br><br>Nationstar Mortgage, LLC<br>**Movant(s)**<br>v.<br>Jeffrey M. Garber<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:23-BK-00249-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 32 |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, May 18, 2023, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Adam Hall, Esquire
Manley Deas Kochalski, LLC
PO Box 165028
Columbus, OH 43216-5028
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo US Courthouse
1501 North Sixth Street, 3rd Floor
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire