LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| **Jeffrey M. Garber** : | CHAPTER **13** |
| : | |
| Debtor(s) : | CASE NO.: **23-00249** |
| : | |
| : | |
| **Nationstar Mortgage LLC** : | ADVERSARY NO. ___-____-ap-_____ |
| Plaintiff(s)/Movant(s) : | (if applicable) |
| vs : | |
| : | Nature of Proceeding: **Motion for Relief** |
| **Jeffrey M. Garber** : | **from the Automatic Stay** |
| : | |
| : | Document #: **31** |
| **Jack N Zaharopoulos** : | |
| Defendants(s)/Respondent(s) : | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Additional time is needed to work out a stipulation on the issues raised in the response to the Motion.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____05/22/2023_____      _____/s/ Adam B. Hall_____
                                      Attorney for Nationstar Mortgage LLC__
                                      Name: _Adam B. Hall__
                                      Phone Number: _614-220-5611__

23-003159_SCS2