LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Jeffrey M. Garber** | : | CHAPTER **13** |
| | : | |
| Debtor(s) | : | CASE NO.: **23-00249** |
| | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | ADVERSARY NO. ___-____-ap-_____ |
| Plaintiff(s)/Movant(s) | : | (if applicable) |
| vs | : | |
| | : | Nature of Proceeding: **Hearing** |
| **Jeffrey M. Garber** | : | Pleading: **Motion for Relief from the** |
| | : | **Automatic Stay** |
| **Jack N Zaharopoulos** | : | |
| Defendants(s)/Respondent(s) | : | Document #: **37** |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/28/2023  /s/Alyk L. Oflazian
 Attorney for Nationstar Mortgage LLC

23-003210_SCS2