United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00249-HWV |
| Jeffrey M. Garber | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 27, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5534971 | + Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Nov 27 2023 18:47:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Brian Nicholas | |

Brian Nicholas
   on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

   on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Charles G. Wohlrab
   on behalf of Creditor Specialized Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Daniel Philip Jones
   on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
   on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
   TWecf@pamd13trustee.com

Michael Patrick Farrington
   on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

Michael Patrick Farrington
   on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

Michelle McGowan
   on behalf of Creditor Specialized Loan Servicing  LLC mimcgowan@raslg.com

Michelle McGowan
   on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com

Paul Donald Murphy-Ahles
   on behalf of Debtor 1 Jeffrey M. Garber pmurphy@dplglaw.com  kgreene@dplglaw.com

Steven K Eisenberg
   on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Suzanne P. Conaboy
   on behalf of Creditor IRS Suzanne.Scanlon@usdoj.gov  bethany.a.haase@usdoj.gov

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 18

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-00249-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey M. Garber
56 Thomas Drive
Mc Sherrystown PA 17344

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/24/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111 | Specialized Loan Servicing LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111<br>Specialized Loan Servicing LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/29/23

Terrence S. Miller
**CLERK OF THE COURT**