United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 23-00249-HWV

Jeffrey M. Garber                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                          Page 1 of 2

Date Rcvd: Jan 18, 2024                  Form ID: trc                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5533212 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 18:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Charles G. Wohlrab | |

on behalf of Creditor Specialized Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Daniel Philip Jones

on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon

on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Michael Patrick Farrington

on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

Michael Patrick Farrington

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

Michelle McGowan

on behalf of Creditor Specialized Loan Servicing  LLC mimcgowan@raslg.com

Michelle McGowan

on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com

Paul Donald Murphy-Ahles

on behalf of Debtor 1 Jeffrey M. Garber pmurphy@dplglaw.com  kgreene@dplglaw.com

Steven K Eisenberg

on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Suzanne P. Conaboy

on behalf of Creditor IRS Suzanne.Scanlon@usdoj.gov  bethany.a.haase@usdoj.gov

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:23-bk-00249-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey M. Garber
56 Thomas Drive
Mc Sherrystown PA 17344

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/17/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 | US Bank Trust National Association c/o Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0675 US Bank Trust National Association c/o Shellpoint Mortgage Servicing |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/20/24

Terrence S. Miller

**CLERK OF THE COURT**