United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00249-HWV |
| Jeffrey M. Garber | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 25, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5579926 | + Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jan 25 2024 18:54:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |

| | |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Specialized Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor Specialized Loan Servicing  LLC mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jeffrey M. Garber pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Steven K Eisenberg | on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Suzanne P. Conaboy | on behalf of Creditor IRS Suzanne.Scanlon@usdoj.gov  bethany.a.haase@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-00249-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey M. Garber
56 Thomas Drive
Mc Sherrystown PA 17344

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/24/2024.

Name and Address of Alleged Transferor(s):

Claim No. 9: Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111

Name and Address of Transferee:

US Bank Trust National Association
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
US Bank Trust National Association
c/o Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/24

Terrence S. Miller
**CLERK OF THE COURT**