IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | | |
|---|---|---|
| IN RE: | ) | |
| JEFFREY M. GARBER | ) | CASE NO.: 1:23-bk-00249-HWV |
| | ) | CHAPTER 13 |
| DEBTOR | ) | JUDGE HENRY W. VAN ECK |
| | ) | |
| U S BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| JEFFREY M. GARBER DEBTOR AND TRUSTEE JACK N ZAHAROPOULOS | ) | |
| | ) | |
| RESPONDENTS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 29th day of January 2024

                                                                Respectfully submitted,
                                              /s/ Joshua I. Goldman
                                              Joshua I. Goldman, Esq
                                              Pennsylvania Bar # 205047
                                              PADGETT LAW GROUP
                                              6267 Old Water Oak Road, Suite 203
                                              Tallahassee, FL 32312
                                              (850) 422-2520 (telephone)
                                              josh.goldman@padgettlawgroup.com
                                              *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 29th day of January 2024.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 1:23-bk-00249-HWV)**

DEBTOR
JEFFREY M. GARBER
56 THOMAS DRIVE
MC SHERRYSTOWN, PA 17344

ATTORNEY FOR DEBTOR
PAUL DONALD MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011
EMAIL: PMURPHY@DPLGLAW.COM

TRUSTEE
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
EMAIL: INFO@PAMD13TRUSTEE.COM

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
EMAIL: USTPREGION03.HA.ECF@USDOJ.GOV