United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffrey M. Garber  
    Debtor

Case No. 23-00249-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Apr 03, 2024      Form ID: pdf010      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey M. Garber, 56 Thomas Drive, Mc Sherrystown, PA 17344-1135 |
| cr | + | VRMTG Asset Trust, U.S. Bank Trust National Associ, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 5520376 | | BBVA, 50 South 20th Street, Birmingham, AL 35233 |
| 5532937 | | Nationstar Mortgage LLC, Attention: Bankruptcy Department PO Box, Dallas TX 75261-9741 |
| 5520386 | + | York County Tax Claim Bureau, 28 East Market Street, York, PA 17401-1501 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2024 18:42:00 | IRS, 1001 Liberty Avenue, Suite 601C, Pittsburgh, PA 15222 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 03 2024 18:42:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 03 2024 18:42:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 03 2024 18:42:00 | Specialized Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 03 2024 18:42:00 | VRMTG Asset Trust, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 5521366 | ^ | MEBN | Apr 03 2024 18:36:31 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5520378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2024 18:42:00 | Lakeview Loan Servicing, LLC, 4425 Ponce DeLeon Boulevard, Mail Stopo MS 5-251, Miami, FL 33146-1839 |
| 5534989 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2024 18:42:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5520379 | | Email/Text: amps@manleydeas.com | Apr 03 2024 18:42:00 | Manley Deas Kochalski, LLC, 1555 Lake Shore Drive, PO Box 165028, Columbus, OH 43216-5028 |
| 5592454 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 03 2024 18:42:00 | US Bank Trust National Association, Not In Its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5533117 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2024 18:42:00 | Nationstar Mortgage LLC, Attention: Bankruptcy |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, PO Box 619096, Dallas TX 75261-9741 |
| 5520380 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2024 18:42:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5533212 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 03 2024 18:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5520381 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 18:42:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5533277 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2024 18:42:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5535439 | + | Email/Text: RASEBN@raslg.com | Apr 03 2024 18:42:00 | Robertson, Anschutz, Schneid, Crane & Partners, LL, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 5520382 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 03 2024 18:42:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5579923 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 03 2024 18:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5534971 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 03 2024 18:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5520383 | ^ | MEBN | Apr 03 2024 18:36:32 | Stern & Eisenberg, PC, The Shops at Valley Square, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5520384 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2024 18:51:06 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5590164 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 03 2024 18:42:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5590163 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 03 2024 18:42:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5520387 | | Email/Text: BankruptcyNotices@yorktraditionsbank.com | Apr 03 2024 18:42:00 | York Traditions Bank, 226 Pauline Drive, PO Box 3658, York, PA 17402-0136 |
| 5520385 | | Email/Text: kcm@yatb.com | Apr 03 2024 18:42:00 | York Adams Tax Bureau, 1405 North Duke Street, PO Box 15627, York, PA 17405-0156 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5520377 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5579926 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5579922 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5579925 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5590166 | *+ | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |

| | | |
|---|---|---|
| 5591667 | *+ | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5590165 | *+ | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5591666 | *+ | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Charles G. Wohlrab | on behalf of Creditor Specialized Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Michael Patrick Farrington | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jeffrey M. Garber pmurphy@dplglaw.com kgreene@dplglaw.com |
| Steven K Eisenberg | on behalf of Creditor Lakeview Loan Servicing LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

| | |
|---|---|
| Suzanne P. Conaboy | on behalf of Creditor IRS Suzanne.Scanlon@usdoj.gov bethany.a.haase@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| JEFFREY M. GARBER, | : |
| | : CASE NO. 1:23-bk-00249-HWV |
| Debtor. | : |

### ORDER

Upon consideration of the Court's January 24, 2024 Order to Show Cause, Doc. 101, and the hearing held on April 3, 2024, Doc. 113, for the reasons stated on the record, it is

**ORDERED** that the above-captioned case of the Debtor is dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 3, 2024