# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Jeffrey M. Garber<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-00249-HWV<br><br>**Matter:** Application for Payment of Administrative Expenses |

**APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**

AND NOW comes Counsel for Debtor(s), Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who file the within Application for Payment of Administrative Epxenses, and aver as follows:

1. The Debtor(s) filed a Chapter 13 Petition on February 6, 2023.

2. The Standing Chapter 13 Trustee's accounting indicates that Debtor(s) have paid $13,000.00 to his office and after payment of the Trustee's commission, the balance on hand is $12,182.00.

3. On February 13, 2023, a Request for Payment of Chapter 13 Compensation and Expenses (LBF 2015-2(c)) was filed in conjunction with the Chapter 13 Plan.

4. Prior to the filing of Debtor(s)' case, Debtor(s) paid a retainer fee in the amount of $838.00 with a balance due of $3,632.00.

5. Counsel for Debtor(s) have performed post-petition services such as attending multiple hearings including attending §341 Meeting of Creditors and several confirmation hearings. Counsel has also expended time and effort dealing with creditors and their respective attorneys. The post-petition services meet or exceed the presumptively reasonable fee of $4,500.00.

6. Debtor(s) no longer wish to proceed with their case and the case was dismissed on April 3, 2024.

7. The Third Circuit stated in *In Re: Michael*, 699 F.3d 05 (3d Cir. 2012)

> … under §1326(a)(2) the trustee must return all payments held by it to the debtor if a plan is not confirmed, or (ii) under §1327(b) property of the estate already is vested in the debtor at the time of the conversion after confirmation of a plan. Sections 348 and 349 are broad provisions applicable to every Chapter of the Bankruptcy Code. The specific provisions of Chapter 13 supersede any distinction that may be read into these proceedings general provision.

8. This Court finds that the specific provision of §1326(a)(2) controls the general directive in §349(b)(3) and, therefore, it should not be relevant whether the source of the undisbursed funds was pre-petition or post-petition.

9. *Harris v. Viegelahn,* 575 U.S. __, 135 S.Ct.1928, 191 L.Ed.2d 783 (215) applies only in the instance of conversion and does not abrogate 11 U.S.C. §1326(a)(2). *See In Re:Ulmer*, 2015 WL 3955258 (Bankr.W.D. La. June 26, 2015).

10. §1326(a)(2) states that administrative expenses allowed pursuant to §503(b) are to be paid out of the funds on hand if the plan is not confirmed. *See In re: Brandon*, No. 14-23735 (lead case), *In re: Rucker*, No. 14-27630, and *In re: Burrows*, No. 14-28940 (Sept. 10, 2015):

> In these circumstances, the Chapter 13 trustee is bound by the provisions of the third sentence of §1326(a)(2) of the Bankruptcy Code, which requires the Chapter 13 trustee to return undistributed plan payments to the debtor if a plan is not confirmed "after deducting any unpaid claim allowed under section 503(b)." Under §503(b)(2) of the Bankruptcy Code, the administrative expenses allowable under §503(b) include "compensation and reimbursement awarded under section 330(a)." In a Chapter 13 case, such compensation includes "reasonable compensation to the debtor's attorney for representing the interests of the debtor in connection with the bankruptcy case." 11 U.S.C. §330(a)(4)(B). Thus, the applicable statutory scheme expressly directs Chapter 13 Trustees to return funds on hand to the debtor when (as here) a plan is not confirmed, but only after payment of the allowed fees of the debtor's attorney.

11. Attorneys' fees are an administrative expense under Code §503(b)(2).

WHEREFORE, Counsel for Debtor(s) respectfully requests an Order directly the Standing Chapter 13 Trustee to disburse the funds on hand, up to $4,500.00 to counsel of record pursuant to US Bankruptcy Code §1326(a)(2) and §503(b)(2).

Date: April 10, 2024

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jeffrey M. Garber<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-00249-HWV<br><br>**Matter:** Application for Payment of Administrative Expenses |

### NOTICE

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this Motion without further notice of hearing unless a party in interest files an objection/response on or before **May 1, 2024.** If you object to the relief requested, you must file your objection/response with the Court of the Court and serve a copy of it on the Movant and Movant's Attorney.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the permitted time, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and the Court may grant the relief requested.

Date: April 10, 2024

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jeffrey M. Garber<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-000249-HWV<br><br>**Matter:** Application for Compensation and Reimbursement of Expenses |

### ORDER OF COURT

UPON CONSIDERATION of the Application for Payment of Administrative Expenses ("Application") filed by Counsel for Debtor(s) ("Applicant"), it is HEREBY ORDERED:

1. The Application is GRANTED; and

2. Compensation is ALLOWED in favor of Applicant in the amount of $4,500.00; and

3. The Standing Chapter 13 Trustee is authorized to disburse to DETHLEFS PYKOSH & MURPHY as an administrative expense pursuant to 11 U.S.C. §1326(b)(2), 11 U.S.C. §349(b)(3), and 11 U.S.C. §503(b), the allowed compensation set forth in Paragraph 2 of this Order of Court less $838.00 which was paid by Debtor(s) pre-petition, to the extent that such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jeffrey M. Garber<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:23-BK-00249-HWV<br>**Matter:** Application for Payment of Administrative Expenses |

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, April 10, 2024, I served a true and correct copy of the **Application for Payment of Administrative Expenses, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing            (p)INTERNAL REVENUE SERVICE                 Lakeview Loan Servicing, LLC
0314-1                                     CENTRALIZED INSOLVENCY OPERATIONS           c/o Stern & Eisenberg, PC
Case 1:23-bk-00249-HWV                     PO BOX 7346                                 1581 Main Street
Middle District of Pennsylvania            PHILADELPHIA PA 19101-7346                  Suite 200
Harrisburg                                                                             The Shops at Valley Square
Thu Nov 16 12:12:52 EST 2023                                                           Warrington, PA 18976-3403

Specialized Loan Servicing LLC             Specialized Loan Servicing, LLC             United States Trustee
14841 Dallas Parkway, Suite 350            Robertson, Anschutz, Schneid, Crane & Pa    US Courthouse
Dallas, TX 75254-7685                      130 Clinton Rd #202                         1501 N. 6th St
                                           Fairfield, NJ 07004-2927                    Harrisburg, PA 17102-1104

U.S. Bankruptcy Court                      BBVA                                        Internal Revenue Service
Sylvia H. Rambo US Courthouse              50 South 20th Street                        Centralized Insolvency Operation
1501 N. 6th Street                         Birmingham, AL 35233                        PO Box 7346
Harrisburg, PA 17102-1104                                                              Philadelphia, PA 19101-7346

Lakeview Loan Servicing, LLC               Lakeview Loan Servicing, LLC                (p)MANLEY DEAS KOCHALSKI LLC
4425 Ponce DeLeon Boulevard                c/o Nationstar Mortgage LLC                 ATTN BANKRUPTCY DEPT
Mail Stop MS 5-251                         Attn: Bankruptcy Department                 1555 LAKE SHORE DRIVE
Miami, FL 33146-1837                       P.O. Box 619096                             COLUMBUS OH 43204-3825
                                           Dallas, TX 75261-9096

(p)NATIONSTAR MORTGAGE LLC                 Nationstar Mortgage LLC                     Nationstar Mortgage LLC d/b/a Mr. Cooper
PO BOX 619096                              Attention: Bankruptcy Department PO Box     Attn: Bankruptcy Department
DALLAS TX 75261-9096                       Dallas TX 75261-9741                        P.O. Box 619096
                                                                                       Dallas, TX 75261-9096

PA Department of Revenue                   (p)PNC BANK RETAIL LENDING                  Robertson, Anschutz, Schneid, Crane & Partne
Attn: Bankruptcy Division                  P O BOX 94982                               130 CLINTON RD #202
PO Box 280496                              CLEVELAND OH 44101-4982                     FAIRFIELD, NJ 07004-2927
Harrisburg, PA 17128-0946

Select Portfolio Servicing                 Specialized Loan Servicing LLC              Stern & Eisenberg, PC
PO Box 65250                               6200 S. Quebec Street, Suite 300            The Shops at Valley Square
Salt Lake City, UT 84165-0250              Greenwood Village, Colorado 80111-4720      1581 Main Street, Suite 200
                                                                                       Warrington, PA 18976-3403

Synchrony Bank / Lowe's                    York Adams Tax Bureau                       York County Tax Claim Bureau
Attn: Bankruptcy Department                1405 North Duke Street                      28 East Market Street
PO Box 965061                              PO Box 15627                                York, PA 17401-1501
Orlando, FL 32896-5061                     York, PA 17405-0156

(p)YORK TRADITIONS BANK                    (p)JACK N  ZAHAROPOULOS                     Jeffrey M. Garber
ATTN CHARLES A WURSTER CREDIT OFFICER      ATTN CHAPTER 13 TRUSTEE                     56 Thomas Drive
226 PAULINE DR PO BOX 3658                 8125 ADAMS DRIVE SUITE A                    Mc Sherrystown, PA 17344-1135
YORK PA 17402-0136                         HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>1001 Liberty Avenue<br>Suite 601C<br>Pittsburgh, PA 15222 | Manley Deas Kochalski, LLC<br>1555 Lake Shore Drive<br>PO Box 165028<br>Columbus, OH 43216-5028 | Nationstar Mortgage LLC<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas TX 75261-9741 |
| (d)Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 | York Traditions Bank<br>226 Pauline Drive<br>PO Box 3658<br>York, PA 17402-0136 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | (u)Nationstar Mortgage LLC | (d)Lakeview Loan Servicing, LLC<br>c/o Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30