


INVOICE

Invoice # 18708
Date: 04/30/2024
Due Upon Receipt

2132 Market Street
Camp Hill, PA 17011
Phone: (717) 975-9446
Fax: (717) 975-2309
Email: info@dplglaw.com
www.dplglaw.com

Mr. Jeffrey M. Garber
56 Thomas Drive
McSherrystown, PA 17344

# 06708-Garber

## Chapter 13 Bankruptcy

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 02/06/2023 | PDM | A106 Communicate (with client) L110 Fact Investigation/Development: meeting w/ client to provide case documents (checklist, inventory, expenses, bank statements, profit/loss statement), review emergency filing to stop sheriff sale | 0.40 | $400.00 | $160.00 |
| 02/06/2023 | PDM | A104 Review/analyze L140 Document/File Management: review petition, verify client information for emergency filing | 0.20 | $400.00 | $80.00 |
| 02/06/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize emergency Voluntary Petition, file same with the Court | 0.40 | $150.00 | $60.00 |
| 02/06/2023 | KSG | A103 Draft/revise L140 Document/File Management: notify York County Sheriff's Office regarding filing of bankruptcy case | 0.20 | $150.00 | $30.00 |
| 02/07/2023 | KSG | A103 Draft/revise L140 Document/File Management: letter to client advising of 341 Meeting of Creditors scheduled for May 9, 2023 at 10:30 AM | 0.20 | $150.00 | $30.00 |
| 02/08/2023 | PDM | A106 Communicate (with client) L110 Fact Investigation/Development: call w/ client regarding postponed sheriff sale, case strategy, unfiled taxes, and sale of properties | 0.40 | $400.00 | $160.00 |
| 02/09/2023 | PDM | A103 Draft/revise L140 Document/File Management: finalize petition | 0.40 | $400.00 | $160.00 |
| 02/09/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft and fianlize Chapter 13 Plan | 0.50 | $400.00 | $200.00 |
| 02/10/2023 | PDM | A105 Communicate (in firm) L140 Document/File Management: meet w/ client, review final petition, Chapter 13 Plan | 0.50 | $400.00 | $200.00 |
| 02/13/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Voluntary Petition and supporting schedules, Chapter 13 Plan, Request for Payment; file same and supporting documents with Court | 0.70 | $150.00 | $105.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection from Nationstar Mortgage regarding Chapter 13 Plan's treatment of 400-404 Moul Avenue | 0.20 | $400.00 | $80.00 |
| 02/24/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection from Nationstar Mortgage regarding Chapter 13 Plan's treat ment of 606 Moul Avenue | 0.20 | $400.00 | $80.00 |
| 02/28/2023 | PDM | A107 (UK) Communicate (Other Party(s)/other outside lawyers) L110 Fact Investigation/Development: email to Attorney Doug Roeder of the Office of the Standing Chapter 13 Trustee regarding continuance of confirmation hearing scheduled for August 30, 2023 at 9:30 AM | 0.20 | $400.00 | $80.00 |
| 03/02/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding loss mitigation options from RightPath Servicing regarding 400-404 Moul Avenue; mail same with attachments to client | 0.20 | $150.00 | $30.00 |
| 03/08/2023 | PDM | A104 Review/analyze L140 Document/File Management: review file and prepare for 341 Meeting of Creditors scheduled for March 9, 2024 at 10:30 AM | 0.40 | $400.00 | $160.00 |
| 03/08/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client to prep for 341 Meeting of Creditors scheduled for March 9, 2023 at 10:30 AM, update on unfiled tax returns | 0.40 | $400.00 | $160.00 |
| 03/09/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend 341 Meeting of Creditors w/ client | 0.20 | $400.00 | $80.00 |
| 03/09/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft file memo regarding 341 Meeting of Creditors, unfiled tax retuns, profit/loss statement, real estate valuations | 0.30 | $400.00 | $120.00 |
| 03/09/2023 | PDM | A105 Communicate (in firm) L140 Document/File Management: call w/ client regarding 341 Meeting and documents required by Trustee | 0.50 | $400.00 | $200.00 |
| 03/12/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding missing tax returns from PA Department of Revenue; mail same to client | 0.20 | $150.00 | $30.00 |
| 03/17/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Objection to Chapter 13 Plan filed by the Trustee | 0.20 | $400.00 | $80.00 |
| 03/22/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection by Lakeview Loan Servicing regarding Chapter 13 Plan's treatment of 590-594 Wilson Avenue | 0.20 | $400.00 | $80.00 |
| 03/22/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection by Lakeview Loan Servicing regarding Chapter 13 Plan's treatment of 616 Moul Avenue | 0.20 | $400.00 | $80.00 |
| 04/18/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection by the Internal Revenue Service regarding unfiled tax returns and tax arrears | 0.20 | $400.00 | $80.00 |
| 04/18/2023 | PDM | A107 Communicate (other outside counsel) L140 Document/File Management: email to Attorney Doug Roeder of the Standing Chapter 13 Trustee's office regarding a continuance of the confirmation hearing scheduled for April 26, 2024 at 9:30 AM. continuance requested to June 28, 2023. | 0.20 | $400.00 | $80.00 |
| 04/18/2023 | PDM | A107 Communicate (other outside counsel) L140 Document/File Management: review email from Attorney Doug Roeder of the Standing Chapter 13 Trustee's office approving continuance request to June 28, 2023 at 9:30 AM | 0.10 | $400.00 | $40.00 |
| 04/19/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection by Select Portfolio Servicing regarding Chapter 13 Plan's treatment of 36 Brewster Street | 0.20 | $400.00 | $80.00 |
| 04/27/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion for | 0.20 | $400.00 | $80.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Relief from the Automatic Stay filed by Nationstar Mortgage about 616 Moul Avenue | | | |
| 04/27/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 616 Moul Avenue; mail same to client | 0.20 | $150.00 | $30.00 |
| 05/02/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding loss mitigation options from National Bankruptcy Service regarding 36 Brewster Street; mail same with attachments to client | 0.20 | $150.00 | $30.00 |
| 05/04/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing about 590-594 Wilson Avenue | 0.20 | $400.00 | $80.00 |
| 05/04/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue; mail same to client | 0.20 | $150.00 | $30.00 |
| 05/11/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client regarding motions for relief from the automatic stay and update on unfiled tax returns | 0.40 | $400.00 | $160.00 |
| 05/12/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Answer to Motion for Relief from the Automatic Stay filed by Nationstar Mortgage rgarding 616 Moul Avenue | 0.40 | $400.00 | $160.00 |
| 05/12/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Answer to Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue | 0.40 | $400.00 | $160.00 |
| 05/12/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 400-404 Moul Avenue | 0.20 | $400.00 | $80.00 |
| 05/12/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client regarding Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 400-404 Moul Avenue | 0.20 | $400.00 | $80.00 |
| 05/12/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Answer to Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 400-404 Moul Avenue | 0.40 | $400.00 | $160.00 |
| 05/12/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 590-594 Wilson Avenue; mail same to client | 0.20 | $150.00 | $30.00 |
| 05/12/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Answer to Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 616 Moul Avenue; serve same to counsel | 0.20 | $150.00 | $30.00 |
| 05/12/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Answer to Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing regarding 400-404 Moul Avenue; serve same to counsel | 0.20 | $150.00 | $30.00 |
| 05/12/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Answer to Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 590-594 Wilson Avenue; serve same to counsel | 0.20 | $150.00 | $30.00 |
| 05/22/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 875 East Walnut Street | 0.20 | $400.00 | $80.00 |
| 05/22/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client regarding Motion for Relief from the Automatic Stay filed by Nationstar | 0.20 | $400.00 | $80.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Mortgage regarding 875 East Walnut Street | | | |
| 05/22/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Answer to Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 875 East Walnut Street | 0.40 | $400.00 | $160.00 |
| 05/22/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 875 East Walnut Street; mail same to client | 0.20 | $150.00 | $30.00 |
| 05/23/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend hearing regarding Motion for Relief from Automatic Stay filed by Nationstar Mortgage regarding 616 Moul Avenue; matter continued to June 27, 2023 at 9:30 AM | 0.30 | $400.00 | $120.00 |
| 06/06/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend hearing regarding Motion for Relief from Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue; matter continued to June 11, 2023 | 0.30 | $400.00 | $120.00 |
| 06/13/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend hearing regarding Motion for Relief from Automatic Stay filed by Nationstar Mortgage regarding 400-404 Moul Avenue; matter continued to August 1, 2023 at 9:30 AM | 0.30 | $400.00 | $120.00 |
| 06/26/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing regarding 36 Brewster Street | 0.30 | $400.00 | $120.00 |
| 06/27/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing regarding 36 Brewster Street; mail same to client | 0.20 | $150.00 | $30.00 |
| 06/27/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Answer to Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing regarding 36 Brewster Street, file same with Court; serve on counsel | 0.20 | $150.00 | $30.00 |
| 06/27/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend hearing regarding Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 616 Moul Avenue; matter continued to August 1, 2023 at 9:30 AM | 0.30 | $400.00 | $120.00 |
| 06/27/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Answer to Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing regarding 36 Brewster Street | 0.40 | $400.00 | $160.00 |
| 06/28/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend confirmation hearing; matter continued to August 30, 2023 at 9:30 AM | 0.30 | $400.00 | $120.00 |
| 07/11/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend hearing regarding Motion for Relief from Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue; matter to be resolved by Stipulation | 0.30 | $400.00 | $120.00 |
| 07/24/2023 | PDM | A104 Review/analyze L140 Document/File Management: review and sign Stipulation resolving Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue | 0.30 | $400.00 | $120.00 |
| 07/25/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Stipulation resolving Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue; mail same to client | 0.10 | $150.00 | $15.00 |
| 07/25/2023 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend hearing regarding Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing regarding 36 Brewster Street; matter continued to October 17, 2023 at 9:30 AM | 0.30 | $400.00 | $120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/28/2023 | PDM | A104 Review/analyze L140 Document/File Management: review and sign Stipulation resolving Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 875 East Walnut Street | 0.30 | $400.00 | $120.00 |
| 08/01/2023 | PDM | A104 Review/analyze L140 Document/File Management: review and sign Stipulation resolving Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 616 Moul Avenue | 0.30 | $400.00 | $120.00 |
| 08/03/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Stipulation resolving Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 875 East Walnut Street; mail same to client | 0.10 | $150.00 | $15.00 |
| 08/03/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Stipulation resolving Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 400-404 Moul Avenue; mail same to client | 0.10 | $150.00 | $15.00 |
| 09/05/2023 | PDM | A106 Communicate (with client) L110 Fact Investigation/Development: call w/ client regarding varoius stipulations resolving pending motions for relief from the automatic stay, status of case, missing tax returns | 0.40 | $400.00 | $160.00 |
| 10/04/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Order granting Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 400-404 Moul Avenue; mail same to client | 0.10 | $150.00 | $15.00 |
| 10/20/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Order granting Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue; mail same to client | 0.10 | $150.00 | $15.00 |
| 10/20/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Order granting Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing regarding 590-594 Wilson Avenue; mail same to client | 0.10 | $150.00 | $15.00 |
| 10/24/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Order granting Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding 616 Moul Avenue; mail same to client | 0.10 | $150.00 | $15.00 |
| 11/14/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter and stipulation to client regarding Motion to Dismiss filed by Trustee; send same to client | 0.20 | $150.00 | $30.00 |
| 11/15/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft First Amended Plan | 0.40 | $400.00 | $160.00 |
| 11/16/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding First Amended Plan; send same to client | 0.10 | $150.00 | $15.00 |
| 11/16/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize First Amended Plan, file same with Court; serve on creditors | 0.30 | $150.00 | $45.00 |
| 11/16/2023 | PDM | A106 Communicate (with client) L110 Fact Investigation/Development: meeting w/ client regarding First Amended Plan and missing tax returns | 0.30 | $400.00 | $120.00 |
| 11/25/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Order granting Motion for Relief filed by Nationstar Mortgage regarding 875 East Walnut Street; mail same to client | 0.10 | $150.00 | $15.00 |
| 11/29/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection to First Amended Plan filed by Nationstar Mortgage | 0.20 | $400.00 | $80.00 |
| 12/07/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection to First Amended Plan filed by the Internal Revenue Service | 0.20 | $400.00 | $80.00 |
| 12/14/2023 | PDM | A104 Review/analyze L140 Document/File Management: review objection to First Amended Plan filed by the Standing Chapter 13 Trustee | 0.20 | $400.00 | $80.00 |
| 12/18/2023 | PDM | A107 (UK) Communicate (Other Party(s)/other outside lawyers) L110 Fact Investigation/Development: email to Attorney Doug Roeder of the Office of the | 0.20 | $400.00 | $80.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Standing Chapter 13 Trustee regarding Motion to Dismiss and continuance of confirmation hearing scheduld for December 20, 2023 at 9:30 AM | | | |
| 12/18/2023 | PDM | A106 Communicate (with client) L110 Fact Investigation/Development: meeting w/ client to discuss Second Amended Plan and missing tax returns | 0.40 | $400.00 | $160.00 |
| 12/18/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Second Amended Plan | 0.40 | $400.00 | $160.00 |
| 12/19/2023 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Second Amended Plan; mail same to client | 0.10 | $150.00 | $15.00 |
| 12/19/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Second Amended Plan, file same with Court; serve on creditors | 0.30 | $150.00 | $45.00 |
| 01/23/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding servicing transfer from Shellpoint Mortgage Servicing regarding 36 Brewster Street; mail same with attachments to client | 0.20 | $150.00 | $30.00 |
| 01/24/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Order to Show cause hearing scheduled for March 27, 2024 at 9:30 AM and his required appearance; mail same to client | 0.20 | $150.00 | $30.00 |
| 01/24/2024 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend confirmation hearing; matter continued to March 21, 2024 at 9:30 AM; Court to issue Order to Show Cause regarding missing tax returns and failure to provide will result in case dismissal | 0.30 | $400.00 | $120.00 |
| 01/25/2024 | PDM | A106 Communicate (with client) L110 Fact Investigation/Development: call w/ client to regarding Order to Show Cause and missing tax returns | 0.30 | $400.00 | $120.00 |
| 01/26/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding servicing transfer from Shellpoint Mortgage Servicing regarding 616 Moul Avenue; mail same with attachments to client | 0.20 | $150.00 | $30.00 |
| 01/31/2024 | PDM | A104 Review/analyze L140 Document/File Management: review objection to Second Amended Plan filed by the Internal Revenue Service | 0.20 | $400.00 | $80.00 |
| 02/02/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding loss mitigation options from Shellpoint Mortgage Servicing regarding 36 Brewster Street; mail same with attachments to client | 0.20 | $150.00 | $30.00 |
| 02/12/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding loss mitigation options from Shellpoint Mortgage Servicing regarding 875 East Walnut Street; mail same with attachments to client | 0.20 | $150.00 | $30.00 |
| 04/03/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to client regarding Order to Show cause hearing held and Order dismissing case; mail same to client | 0.20 | $150.00 | $30.00 |
| 04/03/2024 | PDM | A109 Appear for/attend L450 Trial and Hearing Attendance: attend confirmation hearing and hearing regarding Order to Show Cause; client failed to appear, case dismissed | 0.30 | $400.00 | $120.00 |

|  |  |
|---|---|
| **Subtotal** | **$7,755.00** |
| **Total** | **$7,755.00** |